January 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

PAUL PENDERGRASS D/B/A CHRISTIAN BROTHERS CONTRACTING, Appellant

NO. 14-11-00907-CV                    V.

JOSEPH MORROW, Appellee

_____

Today the Court heard the parties' joint motion to set aside the judgment signed by the court below on April 14, 2011, and to remand the cause to the trial court. Having considered the motion and found it meritorious, we order the judgment **SET ASIDE AND VACATED** without regard to the merits and **REMAND** the cause to the trial court for rendition of a judgment in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.